AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E. | U.S. Dist Ct; Western Dist LA | 05/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bancorp South | Guarantor to loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | See attached description - timber farm rent | B | Rent | N | Q | Sold (part) | 12/31/18 | J | E | |
| 2. | JD Bank Account | A | Interest | M | T | | | | | |
| 3. | See attached description | A | Royalty | J | V | | | | | |
| 4. | Jefferson Davis Bank Common Stock - Morgan Stanley #1 | F | Dividend | P1 | T | | | | | |
| 5. | See attached description | B | Rent | K | Q | | | | | |
| 6. | See attached description | | None | | | Sold | 07/02/18 | L | F | |
| 7. | See attached description | | None | J | V | | | | | |
| 8. | Bancorp South Account | A | Interest | J | T | | | | | |
| 9. | Charles Schwab & Co., Inc.-money market | A | Int./Div. | J | T | | | | | |
| 10. | See Attached Description | A | Royalty | J | V | | | | | |
| 11. | See Attached Description | E | Royalty | L | V | | | | | |
| 12. | The New Century,LLC | A | Rent | J | V | | | | | |
| 13. | Richard Skipper Note | | None | J | V | | | | | |
| 14. | Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 15. | Morgan Stanley #2-Bank | A | Interest | M | T | | | | | |
| 16. | Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Sold (part) | 05/15/18 | J | A | |
| 17. | Morgan Stanley #3-bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley #1- Alphabet Inc Cl A (formerly Google) | | None | L | T | Buy (add'l) | 11/21/18 | J | | |
| 19. Morgan Stanley #1-Facebook | | None | K | T | | | | | |
| 20. Mineral Interest located in Westmoreland County,Pennsylvania | C | Rent | J | W | | | | | |
| 21. Charles Schwab-Inovio Pharmaceuticals | | None | | | Sold (part) | 01/23/18 | J | A | |
| 22. | | | | | Sold | 08/23/18 | J | B | |
| 23. Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | | | | | |
| 24. Morgan Stanley #3 - First Trust Capital Strgth | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley #3 - Ishares US Tech | A | Dividend | | | Sold | 10/26/18 | J | B | |
| 26. Morgan Stanley #3 - Ishares Healthcare | A | Dividend | | | Sold (part) | 03/16/18 | J | A | |
| 27. | | | | | Sold | 10/26/18 | J | A | |
| 28. Morgan Stanley #2 - Alphabet | | None | | | Buy (add'l) | 08/15/18 | J | | |
| 29. | | | | | Sold | 12/24/18 | K | C | |
| 30. Morgan Stanley #2 - Amgen Inc. | A | Dividend | | | Sold | 05/15/18 | J | A | |
| 31. Morgan Stanley #2 - Apple | A | Dividend | K | T | | | | | |
| 32. Morgan Stanley #2 - Bank of America Common Stock | A | Dividend | | | Buy (add'l) | 06/11/18 | J | | |
| 33. | | | | | Sold | 12/24/18 | K | B | |
| 34. Morgan Stanley #2 - Charles Schwab Corporation Stock | A | Dividend | | | Sold | 03/16/18 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Morgan Stanley #2 - Danaher Corp | A | Dividend | | | Sold | 12/24/18 | J | B | |
| 36. Morgan Stanley #2 - EOG Resources Inc | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 37. Morgan Stanley #2 - Goldman Sachs Grp Inc | A | Dividend | | | Sold | 06/08/18 | J | B | |
| 38. Morgan Stanley #2 - Honeywell International | A | Dividend | | | Sold (part) | 01/18/18 | J | C | |
| 39. | | | | | Sold | 12/24/18 | J | B | |
| 40. Morgan Stanley #2 - Ingersoll - Rand Plc | A | Dividend | | | Sold | 12/24/18 | J | B | |
| 41. Morgan Stanley #2 - Intl Business Machines Corp | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 42. Morgan Stanley #2 - JP Morgan Common Stock | A | Dividend | K | T | Buy (add'l) | 06/11/18 | J | | |
| 43. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 44. Morgan Stanley #2 - Oracle Corp | A | Dividend | | | Sold | 06/08/18 | J | C | |
| 45. Morgan Stanley #2 - Pepsico | A | Dividend | K | T | Sold (part) | 03/16/18 | J | A | |
| 46. | | | | | Buy (add'l) | 12/24/18 | K | | |
| 47. Morgan Stanley #2 - Pfizer Inc | A | Dividend | K | T | Buy (add'l) | 12/24/18 | K | | |
| 48. Morgan Stanley #2 - T-Mobile US Inc | | None | | | Sold | 12/24/18 | J | B | |
| 49. Morgan Stanley #2 - Thermo Fisher Scientific | A | Dividend | | | Sold | 12/24/18 | J | C | |
| 50. Morgan Stanley #2 - Ishares S&P Midcap 400 index | A | Dividend | | | Sold (part) | 05/15/18 | K | C | |
| 51. | | | | | Sold | 12/21/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Morgan Stanley #2 - Ishares SP Small Cap 600 index | A | Dividend | | | Sold | 12/21/18 | K | A | |
| 53. Morgan Stanley #2 - Amazon | | None | | | Sold (part) | 01/18/18 | J | D | |
| 54. | | | | | Buy (add'l) | 10/30/18 | K | | |
| 55. | | | | | Sold | 12/24/18 | K | A | |
| 56. Morgan Stanley #2 - Cognizant Tech Solutions Cl A | A | Dividend | | | Sold | 03/16/18 | J | C | |
| 57. Morgan Stanley #2 - Exelon Corp | A | Dividend | | | Sold | 05/15/18 | J | B | |
| 58. Morgan Stanley #3 - Ishares S&P 500 Grwth | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 59. Morgan Stanley #3 - Blackrock Multi-Asset Inc Inst | A | Dividend | | | Sold (part) | 05/15/18 | J | A | |
| 60. | | | | | Sold | 09/10/18 | J | A | |
| 61. Morgan Stanley #3 - MFS Value I | A | Dividend | J | T | | | | | |
| 62. Morgan Stanley #3 - Ishares US Fin Services | A | Dividend | | | Sold (part) | 03/16/18 | J | A | |
| 63. | | | | | Sold | 10/26/18 | J | B | |
| 64. Morgan Stanley - Bank #4 | A | Interest | J | T | | | | | |
| 65. Morgan Stanley #4 - Energy Northwest Wash Elec Rev Bond | A | Interest | | | Sold | 07/02/18 | K | A | |
| 66. Morgan Stanley #4 - Tulsa Okla Met Util Auth Bond | A | Interest | | | Sold | 03/27/18 | K | A | |
| 67. Morgan Stanley #4 - Arizona Transp Brd Bond | A | Interest | | | Sold | 05/08/18 | J | A | |
| 68. Morgan Stanley #4 - Connecticut St Genl Bond | A | Interest | | | Sold | 05/29/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Morgan Stanley #4 - University Tex Univ Bond | A | Interest | | | Sold | 06/27/18 | K | A | |
| 70. Morgan Stanley #4 - Baltimore Cnty MD Bond | A | Interest | | | Sold | 08/29/18 | K | A | |
| 71. Morgan Stanley #4 - Delaware St Genl Bond | A | Interest | | | Sold | 08/15/18 | K | A | |
| 72. Morgan Stanley #4 - Rhode Island Comm Corp Bond | A | Interest | K | T | | | | | |
| 73. Morgan Stanley #4 - Illinois St Sales Tax Bond | A | Interest | | | Sold | 07/09/18 | K | A | |
| 74. Morgan Stanley #4 - Chicago Ill Bond | A | Interest | K | T | | | | | |
| 75. Morgan Stanley #4 - AB Municipal Income | D | Int./Div. | M | T | Buy<br>(add'l) | 03/01/18 | J | | |
| 76. | | | | | Buy<br>(add'l) | 03/13/18 | J | | |
| 77. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/19/18 | J | | |
| 79. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 80. Morgan Stanley #4 - New Mexico St. Genl Bond | A | Interest | | | Sold | 04/25/18 | K | A | |
| 81. Morgan Stanley #4 - New York St Dorm Auth Bond | A | Interest | | | Sold | 11/07/18 | K | A | |
| 82. Morgan Stanley #4 - New York Ny City Transitional Bond | A | Interest | | | Sold | 11/08/18 | K | A | |
| 83. Morgan Stanley #4 - Hudson YDS Infrastructure Bond | A | Interest | J | T | | | | | |
| 84. Morgan Stanley #4 - United States Treasury Bond (912810FTO) | A | Interest | | | Sold | 03/12/18 | J | A | |
| 85. Morgan Stanley #3 - Goldman Activebeta US LC ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Morgan Stanley #3 - Goldman Sachs Activebeta Em | A | Dividend | | | Sold | 08/27/18 | J | A | |
| 87. | Morgan Stanley #3 - Ishares Core Intl Stock | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 88. | | | | | | Sold | 09/12/18 | J | A | |
| 89. | Morgan Stanley #3 - Ishares IBond | A | Dividend | | | Sold | 09/24/18 | J | A | |
| 90. | Morgan Stanley #3 - Ishares S&P Midcap 400 Index | A | Dividend | | | Sold (part) | 05/15/18 | J | A | |
| 91. | | | | | | Sold | 12/21/18 | J | A | |
| 92. | Morgan Stanley #3 - Ishares SP Small Cap 600 Index | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 93. | Morgan Stanley #2- Analog Devices Inc. | A | Dividend | | | Sold (part) | 09/10/18 | J | B | |
| 94. | | | | | | Sold | 09/11/18 | J | A | |
| 95. | Morgan Stanley #2- Citigroup Inc New C | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 96. | Morgan Stanley #2- DowDupont Inc | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 97. | | | | | | Sold | 03/16/18 | K | A | |
| 98. | Morgan Stanley #2- Home Depot Inc | A | Dividend | K | T | Buy (add'l) | 12/24/18 | K | | |
| 99. | Morgan Stanley #2- Lockheed Martin Corp | A | Dividend | K | T | Buy (add'l) | 12/24/18 | K | | |
| 100. | Morgan Stanley #2- Lowes Companies Inc | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 101. | Morgan Stanley #2- Sherwin Williams Company Ohio | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 102. | Morgan Stanley #2- USG Corporation New | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Morgan Stanley #2- Weyerhaeuser Co | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 104. Morgan Stanley #2- Xilinx Inc | A | Dividend | | | Sold | 12/24/18 | J | B | |
| 105. Morgan Stanley #2- Ishares Core MSCI | C | Dividend | | | Sold<br>(part) | 02/08/18 | K | C | |
| 106. | | | | | Sold | 09/12/18 | M | D | |
| 107. Morgan Stanley #2- Goldman Sachs<br>Activebeta | A | Dividend | | | Sold | 08/27/18 | L | D | |
| 108. Morgan Stanley #2- First Trust Fncl<br>Alphadex | A | Dividend | L | T | Buy<br>(add'l) | 12/24/18 | K | | |
| 109. | | | | | Buy<br>(add'l) | 12/28/18 | K | | |
| 110. Morgan Stanley #2- First Trust Small Cap<br>Growth | A | Dividend | | | Buy<br>(add'l) | 11/07/18 | K | | |
| 111. | | | | | Sold | 12/21/18 | K | A | |
| 112. Morgan Stanley #2- Ishares MSCI Euro Fin | A | Dividend | | | Sold | 06/08/18 | J | A | |
| 113. Morgan Stanley #2- Principal Midcap Instl | C | Dividend | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 114. | | | | | Sold | 12/21/18 | K | A | |
| 115. Morgan Stanley #2 - Johnson & Johnson | A | Dividend | | | Sold | 06/08/18 | J | A | |
| 116. Morgan Stanley #2- Boston Scientific Corp | | None | | | Buy | 05/15/18 | J | | |
| 117. | | | | | Sold | 12/24/18 | J | A | |
| 118. Morgan Stanley #2- Cisco Sys Inc | A | Dividend | K | T | Buy | 05/15/18 | J | | |
| 119. | | | | | Buy<br>(add'l) | 06/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 07/27/18 | K | A | |
| 121. | | | | | Buy<br>(add'l) | 12/24/18 | K | | |
| 122.  Morgan Stanley #2- Deere & Co | A | Dividend | | | Buy | 09/10/18 | J | | |
| 123. | | | | | Sold | 10/31/18 | J | A | |
| 124.  Morgan Stanley #2-Energy Sel Sect SPDR FD | A | Dividend | | | Buy | 10/31/18 | K | | |
| 125. | | | | | Sold | 12/21/18 | K | A | |
| 126.  Morgan Stanley #2- Facebook Inc Cl-A | | None | | | Buy | 07/27/18 | K | | |
| 127. | | | | | Sold | 10/30/18 | K | A | |
| 128.  Morgan Stanley #2- Goldman Activebeta US LC ETF | A | Dividend | | | Buy | 10/31/18 | K | | |
| 129. | | | | | Sold | 12/24/18 | K | A | |
| 130.  Morgan Stanley #2- Goldman Sachs Activebeta Int | A | Dividend | | | Buy | 08/27/18 | L | | |
| 131. | | | | | Buy<br>(add'l) | 09/12/18 | K | | |
| 132. | | | | | Sold | 10/31/18 | M | A | |
| 133.  Morgan Stanley #2- Goldman Sachs int Smcp Insgh I | | None | | | Buy | 02/12/18 | K | | |
| 134. | | | | | Sold | 10/30/18 | K | A | |
| 135.  Morgan Stanley #2- Activision Blizzard Inc | A | Dividend | | | Buy | 01/18/18 | J | | |
| 136. | | | | | Sold | 08/15/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Morgan Stanley #2-Hartford Multifactor Develop | | None | | | Buy | 09/12/18 | L | | |
| 138. | | | | | Sold (part) | 11/07/18 | K | A | |
| 139. | | | | | Sold | 12/04/18 | K | A | |
| 140. Morgan Stanley #2- Hartford Multifactor US Equi | A | Dividend | | | Buy | 12/04/18 | K | | |
| 141. | | | | | Sold | 12/24/18 | K | A | |
| 142. Morgan Stanley #2-Invesco S&P 500 Pure Value ETF | A | Dividend | | | Buy | 10/31/18 | K | | |
| 143. | | | | | Sold | 12/24/18 | K | A | |
| 144. Morgan Stanley #2-John Hancock Multifact MID | A | Dividend | | | Buy | 05/15/18 | K | | |
| 145. | | | | | Sold | 11/07/18 | K | A | |
| 146. Morgan Stanley #2-MFS Intl Diversification I | | None | | | Buy | 11/07/18 | K | | |
| 147. | | | | | Sold | 12/24/18 | K | A | |
| 148. Morgan Stanley #2-PayPal Hldgs Inc Com | | None | | | Buy | 06/08/18 | J | | |
| 149. | | | | | Sold | 12/24/18 | J | A | |
| 150. Morgan Stanley #2- Philip Morris Intl Inc | A | Dividend | K | T | Buy | 03/16/18 | J | | |
| 151. | | | | | Sold (part) | 05/15/18 | J | A | |
| 152. | | | | | Buy (add'l) | 12/24/18 | K | | |
| 153. Morgan Stanley #2- The Financial Sel Sect SPDR FD | A | Dividend | | | Buy | 06/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 12/24/18 | J | A | |
| 155.  Morgan Stanley #2-TJX Cos Inc New | A | Dividend | | | Buy | 05/15/18 | J | | |
| 156. | | | | | Sold | 12/24/18 | J | A | |
| 157.  Morgan Stanley #2-Utilities Sel Sect SPDR Fund | A | Dividend | | | Buy | 10/30/18 | K | | |
| 158. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 159. | | | | | Sold | 12/24/18 | K | A | |
| 160.  Morgan Stanley #2- Visa Inc Cl A | A | Dividend | | | Buy | 03/16/18 | J | | |
| 161. | | | | | Sold | 12/24/18 | J | A | |
| 162.  Morgan Stanley #2- Abbott Laboratories | A | Dividend | K | T | Buy | 03/16/18 | K | | |
| 163. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 164.  Morgan Stanley #2- Blackrock Inc. | | None | K | T | Buy | 12/24/18 | K | | |
| 165.  Morgan Stanley #2- Colgate Palmolive Co | | None | K | T | Buy | 12/24/18 | K | | |
| 166.  Morgan Stanley #2- Comcast Corp (New) Class A | | None | K | T | Buy | 12/24/18 | K | | |
| 167.  Morgan Stanley #2-Microsoft Corp | | None | K | T | Buy | 12/24/18 | K | | |
| 168.  Morgan Stanley #2-Nextera Energy Inc | A | Dividend | K | T | Buy | 03/16/18 | J | | |
| 169. | | | | | Buy (add'l) | 12/24/18 | K | | |
| 170.  Morgan Stanley #2-Raytheon Co (New) | | None | K | T | Buy | 12/24/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley #2-Sempra Energy | | None | K | T | Buy | 12/24/18 | K | | |
| 172. Morgan Stanley #2-United Technologies Corp | | None | K | T | Buy | 12/24/18 | K | | |
| 173. Morgan Stanley #2- Verizon Communications | | None | K | T | Buy | 12/24/18 | K | | |
| 174. Morgan Stanley #2- Health Care Sel Sect SPRDR FD | A | Dividend | K | T | Buy | 06/08/18 | J | | |
| 175. | | | | | Buy (add'l) | 12/24/18 | K | | |
| 176. Morgan Stanley #2-The Technology Sel Sec SPDR FD | | None | K | T | Buy | 12/28/18 | K | | |
| 177. Morgan Stanley #2-Vanguard Energy ETF | | None | L | T | Buy | 12/28/18 | L | | |
| 178. Morgan Stanley #3- Vanguard Energy ETF | | None | J | T | Buy | 12/28/18 | J | | |
| 179. Morgan Stanley #3- Vanguard Short-Term Corporate | A | Dividend | J | T | Buy | 05/15/18 | J | | |
| 180. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 181. Morgan Stanley #3- Guggenheim Total Return BD I | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 182. Morgan Stanley #3- MFS INTL Diversification I | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 183. Morgan Stanley #3- Energy sel sect SPDR FD | A | Dividend | | | Buy | 03/16/18 | J | | |
| 184. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 185. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 186. | | | | | Sold | 12/21/18 | J | A | |
| 187. Morgan Stanley #3-First Trust Small Cap Growth | A | Dividend | | | Buy | 11/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/21/18 | J | A | |
| 189. Morgan Stanley #3- Goldman Sachs Activebeta Int | A | Dividend | | | Buy | 08/27/18 | J | | |
| 190. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 191. | | | | | Sold | 10/31/18 | J | A | |
| 192. Morgan Stanley #3-Goldman Sachs Int Smcp Insgh I | | None | | | Buy | 02/12/18 | J | | |
| 193. | | | | | Sold | 10/30/18 | J | A | |
| 194. Morgan Stanley #3- Cons Staples Sel Sect SPDR FD | | None | J | T | Buy | 12/28/18 | J | | |
| 195. Morgan Stanley #3- Hartford Multifactor US Equi | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 196. Morgan Stanley #3-Industrial Sel Sec SPDR FD | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 197. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 198. Morgan Stanley #3-Invesco S&P 500 Pure Value ETF | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 199. Morgan Stanley #3-Pimco Enhanced Shrt MTRT Exc | A | Dividend | J | T | Buy | 05/15/18 | J | | |
| 200. Morgan Stanley #3- SPDR Ser Trust BBG BCL 13 EFT | A | Dividend | J | T | Buy | 09/10/18 | J | | |
| 201. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 202. Morgan Stanley #3- The Financial Sel Sect SPDR FD | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 203. Morgan Stanley #3- The Technology Sel Sec SPDR FD | | None | J | T | Buy | 12/28/18 | J | | |
| 204. Morgan Stanley #3-Utilities Sel Sect SPDR Fund | A | Dividend | J | T | Buy | 03/06/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 206. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 207. Morgan Stanley #3-Hartford Multifactor Develop | | None | | | Buy | 09/12/18 | J | | |
| 208. | | | | | Sold (part) | 11/07/18 | J | A | |
| 209. | | | | | Sold | 12/04/18 | J | A | |
| 210. Morgan Stanley #3- John Hancock Multi Fact MID | A | Dividend | | | Buy | 05/15/18 | J | | |
| 211. | | | | | Sold | 11/07/18 | J | A | |
| 212. Morgan Stanley #4- United States Treasury Note (9128284Q0) | A | Interest | | | Buy | 07/20/18 | K | | |
| 213. | | | | | Buy (add'l) | 08/20/18 | K | | |
| 214. | | | | | Sold (part) | 09/10/18 | K | A | |
| 215. | | | | | Sold | 10/22/18 | K | A | |
| 216. Morgan Stanley #4- Arlington Cnty VA FUB IMPT GENL OBLIG | A | Interest | K | T | Buy | 06/06/18 | K | | |
| 217. Morgan Stanley #4- Long Beach CALIF HBR Short Term REV REF-A | A | Interest | K | T | Buy | 09/20/18 | K | | |
| 218. Morgan Stanley #4-Ohio St Major New St Infrastructure Proj Rev-I | A | Interest | K | T | Buy | 03/28/18 | K | | |
| 219. Morgan Stanley #4-Virginia St Pub Sch Auth | | None | K | T | Buy | 11/07/18 | K | | |
| 220. Morgan Stanley #4- Washington St Var Purp Genl Oblig RE-C | A | Interest | K | T | Buy | 07/10/18 | K | | |
| 221. Morgan Stanley #4- Wisconsin St For Issues DTD | A | Interest | K | T | Buy | 04/25/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Morgan Stanley #4- Los Angeles CALIF | | None | K | T | Buy | 06/27/18 | K | | |
| 223.  Morgan Stanley #4- Virginia St Pub Sch Auth Sch Technology & Sec NTS | A | Interest | J | T | Buy | 05/08/18 | J | | |
| 224.  Morgan Stanley #4- Portland ORE Genl Oblig Rev-B | | None | K | T | Buy | 11/15/18 | K | | |
| 225.  Morgan Stanley #4- Indianapolis IND wtr sys First Lien | | None | K | T | Buy | 09/13/18 | K | | |
| 226.  Morgan Stanley #4- New York St Dorm Auth Sales Tax Rev St | | None | K | T | Buy | 11/02/18 | K | | |
| 227.  Charles Schwab - General Electric Co | A | Dividend | | | Buy | 02/05/18 | J | | |
| 228. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 229. | | | | | Sold | 04/20/18 | J | A | |
| 230.  Charles Schwab - Ford Motor Co | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 231. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 232.  Morgan Stanley #1- Netflix Inc. | | None | K | T | Buy | 11/21/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008. Jefferson Parish land was sold during 2016. Only the Wayne County property is owned as of 12/31/16.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#6, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#7, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#10, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#11, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum, Spooner Petroleum Company and XTO Energy. Valuation based on 3 times the current year income.

#12, Value used in sucession, DOD 7/9/2007.

#13, Value used in sucession, DOD 7/9/2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544